In The Matter of: James Randell HUGHES, Debtor.

James Randell Hughes, Appellant

v.

William T. Neary, United States Trustee; The Cadle Company Appellees.

In the Matter of: James Randell Hughes, Debtor.

James Randell Hughes, Appellant

v.

The Cadle Company, Appellee.

No. 08–10384.

United States Court of Appeals, Fifth Circuit.

Feb. 6, 2009.

Mark Ian Agee, for Appellant.

William Sterrett Parkinson, U.S. Department of Justice Office of the U.S. Trustee, Bruce K. Thomas, The Emerson Law Firm, Dallas, TX, for Appellee.

Before GARWOOD, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Having reviewed the record and the briefs, we AFFIRM the judgment of the district court for the reasons stated therein.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.